**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) SAMANTHA VONWALD           )<br>                                                          )<br>            Plaintiff,                        )<br>                                                          )<br>v.                                                     )<br>                                                          )    Case No.   16-cv-525-RAW<br>(1) WAGONER ** FIRST BANK &   )<br>TRUST CO.,                                 )<br>                                                          )<br>                                                          )<br>            Defendant.                    ) | |

**NOTICE OF REMOVAL**

1. Wagoner ** First Bank & Trust Co. ("Defendant") is the defendant in a civil action brought against it in the District Court of Wagoner County, State of Oklahoma, and titled *Samantha Vonwald v. Wagoner ** First Bank & Trust Co.*, Case No. CJ-2016-292.

2. Plaintiff exclusively asserts claims arising under federal law, namely Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*.

3. This is the kind of action of which the United States District Courts have original jurisdiction because of a federal question. 28 U.S.C. § 1331. Therefore, this action is removable under 28 U.S.C. § 1441(a).

4. The aforementioned action was commenced by service of summons upon Defendant on November 17, 2016, and this Notice of Removal, therefore, is timely under 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(a) and E.D. LCvR 81.2, a copy of all process, pleadings, and orders filed or served in the state court action, along with a docket sheet from the case, is attached hereto as Exhibit 1.

    DATED December 7, 2016.

                                                                                Respectfully submitted,

/s Allison E. Osborn
Craig W. Hoster, OBA #4384
Ruth J. Addison, OBA #21584
Allison E. Osborn, OBA #31677
CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
(918) 592-9800
(918) 592-9801 (Facsimile)
ruth.addison@crowedunlevy.com
allison.osborn@crowedunlevy.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was delivered to the Court Clerk of Wagoner County, Oklahoma, Wagoner County Courthouse, 307 E. Cherokee St., Wagoner, OK, 74467 and was mailed, postage prepaid, this 7th day of December, 2016 to the following attorney for Plaintiff:

Jean Walpole Coulter
Jean Walpole Coulter & Associates, Inc.
406 South Boulder, Suite 712
Tulsa, Oklahoma 74103

/s Allison E. Osborn
Allison E. Osborn

3137465.1