

# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR WAGONER COUNTY, OKLAHOMA

SAMANTHA VONWALD V. FIRST BANK & TRUST COMPANY, ET. AL.

No. CJ-2016-00292
(Civil relief more than $10,000: DISCRIMINATION )

Filed: 11/14/2016

Judge: SHEPHERD, DARRELL

## PARTIES

FIRST BANK & TRUST COMPANY, Defendant
VONWALD, SAMANTHA, Plaintiff
AN OK STATE CHARTERED BANK, Defendant

## ATTORNEYS

**Attorney**
COULTER JEAN WALPOLE & ASSOC
406 S BOULDER #712
TULSA , OK 74103

**Represented Parties**

## EVENTS

None

## ISSUES

1. DISCRIMINATION

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 11-14-2016 | | PETITION ($10,001 OR MORE)<br>Document Available (#CJ-2016-00292~1) TIFF  PDF | | | $ 163.00 |
| | | (Entry with fee only) | | | $ 6.00 |
| | | (Entry with fee only) | | | $ 7.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | | | $ 25.00 |
| | | LENGTHY TRIAL FUND FEE | | | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| | | 10% OF CASA TO COURT CLERK REVOLVING FUND | | | $ 0.50 |
| | | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| | | 10% OF COJC TO COURT CLERK REVOLVING FUND | | | $ 0.16 |
| | | COURTHOUSE SECURITY FEE | | | $ 10.00 |
| | | 10% OF CHSC TO COURT CLERK REVOLVING FUND | | | $ 1.00 |
| | | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | | | $ 0.45 |
| | | 15% TO DISTRICT COURT REVOLVING FUND | | | $ 2.48 |
| 11-14-2016 | | ISSUE SUMMONS<br>Document Available (#CJ-2016-00292~14) TIFF  PDF | | | $ 10.00 |
| 11-15-2016 | | CERTIFIED MAILING FEE<br>Document Available (#CJ-2016-00292~15) TIFF  PDF | | | $ 10.00 |
| 11-18-2016 | | CERT MAIL RETURN FOR FIRST BANK AND TRUST<br>Document Available (#CJ-2016-00292~16) TIFF  PDF | | | |